UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| EMMA BOWAR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Cause No.: 3:21-CV-00257-KC |
| | ) |
| CITY OF EL PASO | ) |
| | ) |
|     Defendants. | ) |

## JOINT REPORT ON OUTCOME ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Plaintiff and Defendants in the above entitled and numbered cause and in accordance with Local Rule CV-88 for the Western District of Texas, would show the Court as follows:

Pursuant to the Court's Scheduling Order dated February 22, 2022, and CV-88 of the Local Court Rules, notice is hereby given jointly on behalf of Plaintiff, Emma Bowar and Defendant, the City of El Paso that a one-half day mediation was held on September 15, 2022 with mediator Chris Antcliff. The outcome of the mediation is that the parties successfully resolved and settled all claims and causes of action. Unfortunately, the parties could not come to an agreement on settlement regarding Plaintiff counsel's attorney's fees.

    Respectfully submitted,

    **KARLA M. NIEMAN**, City Attorney
    State Bar No. 24048542
    P.O. Box 1890
    El Paso, Texas  79950-1890
    Tel: 915-212-0033
    Fax: 915-212-0034

|  |  |  |
|---|---|---|
| Date: September 16, 2022. | By: | /s/Mathew Engelbaum |
|  |  | **Mathew J. Engelbaum** |
|  |  | Assistant City Attorney |
|  |  | State Bar No.: 24097653 |
|  |  | EngelbaumMJ@elpasotexas.gov |
|  |  | Phone: (915) 212-0033 |
|  |  | Fax: (915) 212-0034 |
|  |  | Attorneys for Defendants the City of El Paso |
|  |  |  |
|  | By: | /s/Fernando Chacon |
|  |  | **Fernando Chacon** |
|  |  | State Bar No. 04052800 |
|  |  | Law Office of Fernando Chacon |
|  |  | 730 Hemphill Court |
|  |  | El Paso, Texas 79907 |
|  |  | Attorney.fchacon@yahoo.com |
|  |  | Attorney for Plaintiff, Emma Bowar |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022 a true and correct copy of the foregoing was e-filed with the Clerk of this Court using the CM/ECF system and that a courtesy copy was forwarded to:

Fernando Chacon
Law Office of Fernando Chacon
730 Hemphill Court
El Paso, Texas 79907
Attorney.fchacon@yahoo.com
Attorney for Plaintiff

/s/Mathew Engelbaum
**Mathew J. Engelbaum**